# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ALLEN GREER,**

      **Plaintiff,**

**v.**                                                                                Case No:   6:20-cv-800-Orl-22LRH

**PRO CUSTOM SOLAR, LLC,**

      **Defendant.**

## ORDER

This cause is before the Court on the parties' Renewed Joint Motion for Approval of Settlement and Dismissal of FLSA Claims with Prejudice (Doc. 25) filed on December 31, 2020.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter and noting that the parties have filed a Joint Notice of No Objection (Doc. 27), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 11, 2021 (Doc. No. 26) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Renewed Joint Motion for Approval of Settlement and Dismissal of FLSA Claims with Prejudice (Doc. 25) is hereby **GRANTED**.

3. The Court finds that the Agreement (Doc. 25, at 11–14) is a fair and reasonable resolution of a bona fide dispute under the FLSA.

4. The case is **DISMISSED with prejudice**.

- 2 -

5. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on January 14, 2021.

*[signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties